UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.     CASE NO. 8:11-cr-356-T-30EAJ

DERRICK LADELL SPANN

## FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the Motion by the United States for a Final Judgment of Forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), for the following assorted jewelry:

(1)  14k white gold diamond cluster style earrings;

(2)  Gold tone base metal cluster style ring;

(3)  14k gold gents invisible set diamond cluster ring;

(4)  10k yellow gold gents ribbed design diamond cluster ring;

(5)  14k yellow gold diamond cluster style earrings;

(6)  Gents black base metal fancy style cluster ring;

(7)  10k white gold diamond cluster style earrings;

(8)  gents white base metal nine stone cluster ring;

(9)  Cuban style link chain;

(10) Knock off style bead bracelet;

(11) Knock off style bead bracelet;

(12) Knock off of KHR NOS style watch;

(13) Knock off of Ice style watch;

(14) Knock off of Techno Royale style watch;

(15) Knock off style bead bracelet; and

(16) Knock off style bead necklace.

Being fully advised in the premises, the Court finds that on July 19, 2012, a Preliminary Order of Forfeiture was entered, forfeiting to the United States all right, title, and interest of defendant Spann in the assorted jewelry. Doc. 306.

The Court further finds that pursuant to Rule 32.2(b)(4), the defendant agrees that the preliminary order of forfeiture shall be final as to the defendant at the time it is entered, notwithstanding the requirement that it be made a part of the sentence and be included in the judgment.

The Court further finds that in accordance with 21 U.S.C. § 853(n)[1] and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the firearm and ammunition on the official government website, www.forfeiture.gov, from July 20, 2012 through August 18, 2012. Doc. 309. The publication gave notice to all third parties with a legal interest in the assorted jewelry to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within sixty (60) days of the first date of publication.

---

[1] As provided in 28 U.S.C. § 2461(c), the procedures set forth in 21 U.S.C. § 853 govern this forfeiture.

2

The Court further finds that no person or entity, other than defendant Spann, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, is known to have an interest in the assorted jewelry. No third party has filed a petition or claimed an interest in the assorted jewelry, and the time for filing a petition has expired. Accordingly, it is hereby

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), all right, title and interest in the assorted jewelry is CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the assorted jewelry is now vested in the United States of America.

DONE and ORDERED in Chambers in Tampa, Florida, this 18th day of September, 2012.

WILLIAM J. CASTAGNA
SENIOR UNITED STATES DISTRICT JUDGE